FILED

12/09/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0247

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0247

_____

ROBERT MAFFIT, and the MONTANA
INDEPENDENT LIVING PROJECT, INC.,
a Montana Non-Profit Corporation,

      Plaintiffs and Appellants,

v.

The CITY OF HELENA, and JOHN DOES
I-XXX,

      Defendant and Appellee.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Kathy Seeley, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 9 2020